Arthur L. Israel, Plaintiff, v. Morris B. Hart et al.,
Defendants.
Morris B. Hart, Counterclaimant-Appellant, v. Sam
Hart, Counterdefendant-Appellee.

**Gen. No. 46,442.** 

First District, Second Division.
February 15, 1955.
Released for publication March 7, 1955.

Leonard
J. Braver, for plaintiff and counterclaimant-appellant; Arthur L.
Israel, for counterdefendant-appellee. Opinion by JUSTICE ROB-
SON. Not to be published in full.